UNITED STATES of America, Appellee,

v.

SCAT, INC., Defendant,

Gary Ivan Terry, Appellant.

Gary Ivan Terry, Appellant,

v.

Pamela K. Bible, Brooks Air Force Base Contracting Officer; Terry G. Edwards, Team Chief, Brooks Air Force Base; Brad Smith, Technical Sergeant, Ellsworth Air Force Base; John S. Schoonmaker, 2nd Lieutenant, Ellsworth Air Force Base; Richard L. Zimmerman, GSA Supply Technician; Gary J. Miner, Lieutenant Colonel, Arkansas Army National Guard; Gay Kirkpatrick, GSA Contracting Officer; Bonnie Bryson, GSA Contracting Officer; Tom Foster; GSA Contracting Officer; Joanne Offill, GSA Contracting Officer; Ellen F. Upchurch, GSA Contracting Officer; Larry G. Camp, GSA Director of Inventory & Requisition Management Division; Marsha A. Martin, Supervisor of Contract Analysis; Shaloy Castle–Higgins, GSA Branch Chief of Contracting Division; Pat L. Loomis, GSA Director; John R. Pontius, GSA Special Agent for the Office of Inspector General; Lee W. Crook, GSA Assistant Regional Counsel; Jerry Ann Foster, GSA Senior Regional Counsel; Charles R. Brown, prior attorney for plaintiffs; James C. Bohling, Assistant United States Attorney; Linda Parker Marshall, Assistant United States Attorney, Appellees.

No. 03–2159.

United States Court of Appeals,
Eighth Circuit.

Submitted June 4, 2004.

Decided June 17, 2004.

James Curt Bohling, U.S. Attorney's Office, Kansas City, MO, for Plaintiff–Appellee.

Gary Ivan Terry, Greensboro, NC, pro se.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

### [UNPUBLISHED]

PER CURIAM.

Ivan Terry appeals the district court's[1] order granting the government's Fed. R.Civ.P. 41(a)(2) motion to voluntarily dismiss, striking Terry's counterclaim, and dismissing Terry's motion to seek judicial review of an administrative decision. After carefully reviewing the record and the parties' briefs, we affirm. We also deny Terry's unsupported recusal motion. *See* 8th Cir. R. 47B.

---

[1]. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.